**No. 63513.**—Manca, Inc. v. United States, protest 268083–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the issues are the same in all material respects as those involved in *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C.D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U.S.C. § 2636(d)).